UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHANTELL JARRETT,

        Plaintiff,

vs.

AMERICAN CORADIUS
INTERNATIONAL, LLC,

        Defendant.

Case No.: 1:18-cv-05218-SCJ-RGV

NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff SHANTELL JARRETT, by and through her attorney of record, Jonathan B. Mason, Esq., hereby notifies the Court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff requests this Court dismiss the action with prejudice, both parties to bear their own costs.

Date:  January 3, 2019

    By: s/ Jonathan Mason                              /
    Attorney for Plaintiff
    Jonathan B. Mason, Esq.
    Mason Law Group, P.C.
    1100 Peachtree Street, NE, Suite 200
    Atlanta, GA 30309
    Telephone: (404) 920-8040
    Email: jmason@atlshowbizlaw.com

## Certificate of Compliance With Local Rule 7.1D

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that this document has been prepared using Times New Roman 14-point font.

/s/ Jonathan B. Mason
Jonathan B. Mason
Georgia Bar No. 475659

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal with Prejudice using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 3rd day of January, 2019     Respectfully Submitted,

/s/ Jonathan B. Mason
Jonathan B. Mason
Georgia Bar No. 475659